**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00155-PSF-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ALDEN YELLOWEAGLE,

       Defendant.

---

**ORDER REDUCING RESTITUTION AMOUNT**

---

       Upon report of the Probation Office, the $1,750.00 restitution order is reduced to $787.50 which covers in full the therapy costs sustained by the victim.

       DATED at Denver, Colorado, this 5th day of November, 2008.

       BY THE COURT:

       s/ Wiley Y. Daniel
       WILEY Y. DANIEL
       Chief United States District Judge